# UNITED STATES DISTRICT COURT
## for the
### Eastern District of California

| | |
|---|---|
| United States of America<br>v.<br><br>JOSE MANUEL CASTILLO JR.<br><br>*Defendant(s)* | Case No. 2:25-mj-0109 CSK |

**FILED**
Jul 25, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 17, 2025__ in the county of __Sacramento__ in the __Eastern__ District of __California__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1361 | Willful injury and depredation against any property of the United States |

This criminal complaint is based on these facts:

(see attachment)

☒ Continued on the attached sheet.

/s/
*Complainant's signature*

HSI Special Agent Tyler R. Breeding
*Printed name and title*

Sworn to me and signed via telephone.

Date: July 25, 2025

*Judge's signature*

City and state: Sacramento, California

Chi Soo Kim, U.S. Magistrate Judge
*Printed name and title*

**AFFIDAVIT OF TYLER R. BREEDING**

I, Tyler Breeding, being first duly sworn, hereby depose and state as follows:

## I. INTRODUCTION AND PURPOSE OF AFFIDAVIT

1. On July 17, 2025, agents with the U.S. Customs and Border Protection (CBP) were conducting an operation in a Home Depot parking lot in Sacramento. While agents conducted the operation, Jose Manuel CASTILLO Jr. began shouting in the faces of CBP agents and yelling "fuck you guys." Agents then saw CASTILLO approach the rear passenger side of a CBP vehicle, and two agents—while standing approximately five feet away from the vehicle—heard a pop and a loud hissing noise coming from the vehicle. Agents looked at the vehicle and noticed that the rear passenger-side tire had been punctured and was quickly losing air. Agents saw CASTILLO walking away from the vehicle and yelled at him to stop. CASTILLO took off running, and agents chased him and detained him. In CASTILLO's pocket, agents found a short knife with black residue on the blade. The knife was approximately the same width as the hole that had been made in the tire.

2. Based on these facts, as set forth in further detail below, I believe there is probable cause to believe that Jose Manuel CASTILLO Jr. punctured the tire of the CBP vehicle with a knife. I make this affidavit in support of a criminal complaint and summons charging CASTILLO with willful injury and depredation against any property of the United States in violation of 18 U.S.C. § 1361,[1] a Class A Misdemeanor.

## II. AGENT BACKGROUND

3. I am a Special Agent of the Department of Homeland Security, Immigration and Customs Enforcement, Homeland Security Investigations ("HSI") and have been since May 2019. I am currently assigned to the Gang Suppression Unit of the Sacramento Field Office of Investigations, as well as the Sacramento County Sheriff's Department Gang Suppression Unit Task Force. I have investigated criminal violations of Titles 8, 18, 19, and 21 of the United States Code. I have been cross designated by the United States Department of Justice with Title 21 Federal narcotics enforcement authority. As an

---

[1] 18 U.S.C. § 1361 makes it a crime for any individual to "willfully injure[] or commit[] any depredation against any property of the United States, or of any department or agency thereof." If the damage to the property does not exceed $1,000, this crime is a Class A misdemeanor, punishable by a term of imprisonment of no more than one year. 18 U.S.C. § 1361.

HSI special agent, I have participated in numerous investigations and search warrants related to violations of various federal laws. I am a graduate of the Criminal Investigator Training Program and the Homeland Security Investigations Special Agent Training course at the Federal Law Enforcement Training Center, where I received extensive training in the investigation and criminal prosecution of Titles 8, 18, 19, and 21 cases.  During this period, I received training in Title 18 investigative matters including, but not limited to, assaulting or impeding or a federal officer, and depredation of government property.

4.     The facts in this affidavit come from my personal observations, training and experience, and information obtained from other agents and witnesses involved in this case.  This affidavit is meant to show that there is probable cause for the requested complaint and summons.  It does not set forth all my knowledge about this case.

### III.     PROBABLE CAUSE

5.     On the morning of July 17, 2025, agents with the U.S. Customs and Border Protection were conducting an immigration enforcement operation at the Home Depot located at 4641 Florin Rd. in Sacramento, State and Eastern District of California.  During the operation, agents saw an individual in the crowd, later identified as Jose Manuel CASTILLO, Jr., filming agents with his cell phone.  Agents told CASTILLO several times to move back from where CBP agents were positioned, but CASTILLO did not comply.  CASTILLO began shouting in the faces of multiple CBP agents, challenging agents and shouting "fuck you guys" repeatedly as the agents were transferring aliens they had arrested to a van to transport them to immigration custody.

6.     Near the transport van, agents parked a government-owned gray Ford Expedition to serve as a barrier between the spectators and agents, who were escorting arrested aliens to the van.  The Expedition was unmarked, meaning that it did not have any logos indicating that it was a CBP vehicle.  But, according to agents at the scene, agents wearing CBP logos exited the Expedition and made multiple trips to the Expedition to retrieve equipment, all within CASTILLO's view.  CBP agents also told CASTILLO multiple times that they were CBP agents.

7.     At some point, agents saw CASTILLO walk towards the Expedition from the rear passenger side.  CASTILLO was the only person near the Expedition.  CBP Agents Morales and

AFFIDAVIT                                                  3

1  Mansilla were approximately five feet away from the Expedition's driver's side when they heard a pop
2  and a loud hissing noise coming from the vehicle.
3       8.    As CASTILLO was near the Expedition, CBP Agent Escobedo alerted other agents to
4  CASTILLO's presence near the vehicle and then shouted "hey" at CASTILLO.  CASTILLO looked at
5  Agent Escobedo and slowly walked away from the Expedition.
6       9.    CBP Agent Tuthill approached the Expedition and saw that the rear passenger side tire
7  had a slash in it, and the tire had gone flat, as pictured below:




10.    Agent Tuthill told his fellow CBP agents that the tire had been slashed.

11.    By this time, CBP Agent Duenas saw that CASTILLO was standing approximately 15 to 20 feet away and constantly looking back over his shoulder at the Expedition.  Agents Duenas and Escobedo ordered CASTILLO to stop, but CASTILLO turned and ran away.  Agents chased after CASTILLO, caught him, and detained him.

12.    Agents transported CASTILLO in-custody to a facility in Stockton, California.  Once there, they searched CASTILLO and found a knife in the pocket of his pants.  The blade of CASTILLO's knife appeared to be approximately the same as the width of the hole of the Expedition

tire. The blade of the knife had a black mark on it that appeared to match the color of the Expedition tire that had been slashed, as pictured below:



Agents booked the knife into evidence.

13. According to the America's Tire website, the replacement cost of the Expedition tire that was slashed is less than $1,000.

## IV.     CONCLUSION

10. I believe that there is probable cause to issue the requested criminal complaint and summons for CASTILLO charging him with willful injury and depredation against any property of the United States, in violation of 18 U.S.C. § 1361, a Class A Misdemeanor.

/s/
_____
Tyler R. Breeding
Special Agent
Homeland Security Investigations

AFFIDAVIT

5

Telephonically sworn and subscribed before me this <u>25</u> day of July 2025

*Chi Soo Kim* (signature)
_____
Chi Soo Kim
United States Magistrate Judge


Approved as to form:

_/s/  Heiko P. Coppola_____
HEIKO P. COPPOLA
Assistant US Attorney

AFFIDAVIT                                                              6

**United States v. Jose Manuel Castillo**
**Penalties for Information**

**COUNT 1:**

VIOLATION: 18 U.S.C. § 1361 – Willful Injury and Depredation Against any Property of the United States

PENALTIES: Imprisonment of not more than one year, a fine of not more than $100,000, or both.

SPECIAL ASSESSMENT: $25 (mandatory on each count)